1  McGREGOR W. SCOTT
   United States Attorney
2  JEREMIE A. ARTHUR
   Special Assistant U.S. Attorney
3  PROSECUTION UNIT
   1 S. Rosamond Blvd.
4  Edwards AFB, California 93524
   Telephone (661) 277-8120
5
6
7           IN THE UNITED STATES DISTRICT COURT FOR THE
8                  EASTERN DISTRICT OF CALIFORNIA
9
10 UNITED STATES OF AMERICA,        )   CASE NO. 5:05-MJ-00044 TAG
                                    )
11         Plaintiff,                )   MOTION AND ORDER FOR
                                    )   DISMISSAL OF INFORMATION
12 v.                               )
                                    )
13 JOY A. LUCAS,                    )
          Defendant.                )
14 _____                  )
                                    )
15                                  )

16  The United States Attorney's Office, pursuant to Rule 48(a) of the
17  Federal Rules of Criminal Procedure, hereby moves to dismiss the
18  Information against Joy A. Lucas, without prejudice, in the
19  interest of justice.
20
21                                Respectfully submitted,
22
                                  McGREGOR W. SCOTT
23                                United States Attorney
24
    DATED: June 2, 2005
25                         By     _____
                                  JEREMIE A. ARTHUR
26                                Special Assistant U.S. Attorney
27
28

## ORDER

1  IT IS HEREBY ORDERED that the case against Joy A. Lucas, Case No.
2  5:05-MJ-00044 TAG, be dismissed, without prejudice, in the
3  interest of justice.
4
5  DATED: June 3, 2005  _____
                            THERESA A. GOLDNER
6                           United States Magistrate Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28